UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TELLEZ,<br>CDCR #BF-5313,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEP'T OF CORRECTIONS AND REHABILITATION; SCOTT KERNEN; DANIEL PARAMO; KATHLEEN ALLISON; KATHERINE TEBROCK.<br><br>Defendants. | Case No.: 3:19-cv-1072-LAB-WVG<br><br>**ORDER OF DISMISSAL** |

On August 5, 2019, the Court screened and dismissed Plaintiff's complaint, and gave him 45 days to file an amended complaint that cured the deficiencies the order identified.

///

///

///

///

1 | Plaintiff has not filed an amended complaint, and the Court therefore concludes his
2 | claims cannot be saved by amendment. This action is **DISMISSED WITH**
3 | **PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  November 4, 2019

*[signature: Larry A. Burns]*

Hon. Larry Alan Burns
Chief United States District Judge